JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Michael DiGiulio
Leah Seliger

45 Broadway, Suite 320
New York, NY 10006
Phone (212) 688-5640
Fax (212) 981-9587
www.jk-llp.com

September 10, 2026

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Gomes v. JRPAC Inc. d/b/a Spice Symphony Restaurant,***
**No.: 26 CV 05564 (JPC)**

Dear Judge Cronan,

We represent Plaintiff Ignatious Gomes in the above-referenced matter. For the reasons described below, we write to respectfully request that the Court dismiss the case without prejudice.

By way of brief background, Plaintiff filed this Fair Labor Standards Act and New York Labor Law case in June 2026. ECF No. 1. On August 18, 2026, Defendants moved to dismiss the complaint. ECF No. 11. In response, Plaintiff indicated that they intended to file an amended complaint by August 31, 2026, and the Court granted that request. ECF No. 13.

On August 28, 2026, counsel or Defendants, Alan Heller, emailed the undersigned to inform our office that Plaintiff and Defendants had purportedly reached an agreement to resolve the claims at issue here. (Defendants' counsel appended a copy of a purported settlement agreement to that email and it is attached here Exhibit 1.) Since that time, our office has tried to reach our client via telephone, text message and certified mail but none of those communications have been returned. In short, other than Defendants' counsel representations that a settlement has been reached, counsel for Plaintiff has no idea whether or not Plaintiff independently agreed to settle his claims and, if so, what the terms of any such agreement might be. To be sure, our office has not had any settlement communications with Defendants or their counsel, and we have not received any fees in conjunction with our representation of Plaintiff in this case.

Given these circumstances, we respectfully request that the Court dismiss this case without prejudice. We are prepared to file a notice of dismissal without prejudice, however we wanted to apprise Your Honor about the case's posture prior to doing so.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

s/ *Josef Nussbaum*

Josef Nussbaum
45 Broadway, Suite 320
New York, NY 10006
Tel: (212) 688-5640

cc: All counsel of record (via ECF)