# EXHIBIT 1

**NOTICE OF SETTLEMENT AND MUTUAL RELEASE BETWEEN IGNATIOUS GOMES, PREMENDRA CHOUHAN, JUDE RODRIGUES, JRPAC INC, JAP CREATIONS LLC AND FOOD AFFAIRS INC DBA SPICE SYMPHONY RESTAURANTS, Civil Action No. 1:26-cv-5564**

**TO:**

Josef Nussbaum, Esq.
JOSEPH & KIRSCHENBAUM LLP
45 Broadway, Suite 320
New York, NY 10006
Attorney for Plaintiff

Alan Heller, Esq.
FOSTER GARVEY PC
199 Water Street, Suite 901
New York, NY 10038
Attorney for Defendants

FAISAL MAHMUD NOTARY NO. 01MA6233096 QUALIFIED IN QUEENS COUNTY COMM. EXP. 12-27-2026 PUBLIC STATE OF NEW YORK

Faisal Mahmud
08/28/2026

I, Ignatious Gomes, residing at 8740 Justice Avenue, Elmhurst, NY 11373, NY ID # 1624 073401 4694, being the Plaintiff in the above-captioned action, hereby give notice of the following:

1. Voluntary and Informed Decision. I have decided, of my own free will, voluntarily, and without any coercion, threat, or undue influence from the Defendants or any person acting on their behalf, to resolve, drop, and release my claims against the Defendants in the above-referenced action.

2. Parties Released. This release applies to Jude Rodrigues, Premendra Chouhan, JAP Creations LLC, JRPAC Inc., Food Affairs Inc., and all Spice Symphony restaurant locations and affiliated entities (collectively, the "Released Parties").

3. Amicable Resolution. Plaintiff and the Released Parties have agreed to resolve their differences amicably, out of court, in a mutually respectful and friendly manner, and have reached a mutual settlement of the claims asserted in Gomes v. JRPAC Inc. d/b/a Spice Symphony Restaurant, Civil Action No. 1:26-cv-5564.

4. Release. In consideration of the mutual promises and agreements set forth herein, Plaintiff Ignatious Gomes does hereby release, acquit, and forever discharge the Released Parties, together with their officers, directors, members, managers, employees, and agents, from any and all claims, causes of action, damages, and liabilities of any kind, whether known or unknown, arising out of or relating to the above-captioned lawsuit.

5. No Admission of Liability. This release and the settlement described herein do not constitute, and shall not be construed as, an admission of liability or wrongdoing by any party.

6. Notification to the Court. The Parties would like their respective attorneys to inform the Court of this resolution of the case.

IN WITNESS WHEREOF, the parties have executed this Notice of Settlement and Mutual Release as of the date(s) set forth below.

________________________________

Ignatious Gomes (Plaintiff)

Date: 08-28-26

________________________________

Jude Rodrigues (on behalf of himself, Food Affairs Inc, JRPAC INC and the Released Parties)

Date: 08/28/2026

________________________________

Premendra Chouhan (on behalf of himself, JAP Creations LLC, JRPAC INC and the Released Parties)

Date: 08/28/2026

**WITNESSES:**

________________________________

Anil Dsilva (Witness)

Date: 08-28-2026

________________________________

Atvinder Pal (Witness)

Date: 08/28/2026

FAISAL MAHMUD
NOTARY
NO. 01MA6233096
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
12-27-2026
PUBLIC
STATE OF NEW YORK

08/28/2026