UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IGNATIOUS GOMES,<br><br>Plaintiff,<br><br>-v-<br><br>JRPAC, INC., *et al.*,<br><br>Defendants. | 26 Civ. 5564 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

Plaintiff Ignatious Gomes brought this action under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"). On September 10, 2026, Plaintiff's counsel filed a motion to dismiss this case without prejudice. Dkt. 14. The motion represents that on "August 28, 2026, counsel [f]or Defendants" informed Plaintiff's counsel "that Plaintiff and Defendants had purportedly reached an agreement to resolve the claims at issue here," and that since that time counsel for Plaintiff has been unable to reach its client. *Id.* at 1. Plaintiff's counsel attached the "purported settlement agreement" but "has no idea whether or not Plaintiff independently agreed to settle his claims and, if so, what the terms of any such agreement might be." *Id.*

By September 16, 2026, Defendants shall advise the Court whether they have reached a settlement with Plaintiff, and whether Plaintiff's counsel was involved in the settlement discussions (and if not, why not). The Court further reminds the parties that settlements of claims under the FLSA require the approval of this Court or the Department of Labor to take effect. *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Therefore, if a settlement has been reached and the parties seek dismissal of this action, they shall submit any settlement requiring Court approval and any other necessary information by September 21, 2026.

SO ORDERED.

Dated: September 11, 2026
New York, New York

JOHN P. CRONAN
United States District Judge