# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Michael DiGiulio
Leah Seliger

45 Broadway, Suite 320
New York, NY 10006
Phone (212) 688-5640
Fax (212) 981-9587
www.jk-llp.com

October 26, 2026

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Gomes v. JRPAC Inc. d/b/a Spice Symphony Restaurant,***
**No.: 26 CV 05564 (JPC)**

Dear Judge Cronan,

We are counsel to Plaintiff Gomes in the above-referenced matter. We write in response to the Court's October 9, 2026 Order to respectfully inform the Court that, despite multiple attempts to contact Plaintiff Gomes our firm has been unsuccessful in communicating with him. Accordingly, we cannot speak to whether he is prepared to stipulate to a voluntary dismissal subject to an order that the settlement agreement is invalid to the extent it releases his FLSA claims. Our firm, however, does not oppose the Court dismissing the case subject to those terms.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

s/ *Josef Nussbaum*

Josef Nussbaum
45 Broadway, Suite 320
New York, NY 10006
Tel: (212) 688-5640

cc: All counsel of record (via ECF)